IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin L. Perkins,<br><br>            Plaintiff,<br><br>v.<br><br>Bank of America NA,<br><br>           Defendant. | No. CV-15-00069-TUC-JGZ<br><br>**ORDER** |

      Pending before the Court is the parties' Stipulation for Dismissal with Prejudice, filed on September 3, 2015. (Doc. 26.)  The parties request dismissal of the Complaint in its entirety, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      The Court having considered the Stipulation, and good cause appearing,

      IT IS ORDERED the parties' Stipulation (doc. 26) is GRANTED.  Plaintiff's Complaint (doc. 1) is dismissed with prejudice, each party to bear its own fees and costs.

      The Clerk of the Court is directed to close the case.

      Dated this 14th day of September, 2015.

*Jennifer G. Zipps*
United States District Judge